In the Matter of Proving the Will of MAGDALENA
HERRMANN.
ADAM STEIN et al., Appellants; WILLIAM OHMING, JR., as
Executor of GEORGE HERRMANN, et al., Respondents.

*Matter of Herrmann*, 173 App. Div. ——, appeal dismissed.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered April 14, 1916, which
affirmed an order of the New York County Surrogate's
Court denying a motion to vacate and set aside a prior
order denying probate to a paper propounded as the last
will of Magdalena Herrmann, deceased.

The motion was made upon the ground that the order

was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Gilbert D. Lamb* for motion.

*Gustav Goodman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.